Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
sshah@buchalter.com
Attorneys for Plaintiff DIRECTV, INC.

*E-Filed 4/26/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>THAI VAN,<br><br>  Defendant. | Case No. CV-04-3603 HRL<br><br>Hon. Howard R. Lloyd<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT THAI VAN; [PROPOSED] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant THAI VAN ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about December 7, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant THAI VAN is the last remaining active Defendant in this action. This

BNFY 525489v1     1     (CV-04-3603 HRL)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT THAI VAN;
[PROPOSED] ORDER THEREON**

entire action as to all remaining claims is therefore terminated in full.

DATED: April 26, 2005          Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: ___s/Sandeep J. Shah_____
      Sandeep J. Shah
   Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant VAN filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant VAN;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant VAN is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: 4/26/05

         /s/ Howard R. Lloyd
       _____
       Honorable Howard R. Lloyd
       Judge of the United States District Court
       Northern District of California